United States Bankruptcy Court
Eastern District of New York

In re:  
George Rodriguez  
Deborah A Rodriguez  
    Debtors

Case No. 16-40480-ess  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0207-1    User: acruz    Page 1 of 2    Date Rcvd: Jan 24, 2017  
                   Form ID: 318DI7    Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.

```
db/jdb       +George Rodriguez,    Deborah A Rodriguez,    52 Regis Drive,    Staten Island, NY 10314-1420
smg           NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
               Brooklyn, NY 11201-3719
smg          +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
               Albany, NY 12240-0001
8748176      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
8740715      +Geico,    One Geico Plaza,    Berhesda, MD 20810-0002
8820019       MCU-COLLECTIONS/LOSS PREVENTION DEPT.,    22 CORTLANDT ST 24 FL,    NEW YORK, NY 10007-3153
8747647       New York City Water Board,    Department of Environmental Protection,
               Andrew Rettig, Assistant Counsel,    59-17 Junction Blvd, 13th Floor,    Flushing NY 11373-5108
8740719      +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
8774966      +Ocwen Loan Servicing LLC,    LEOPOLD & ASSOCIATES, PLLC,    80 Business Park Drive, Suite 110,
               Armonk, New York 10504-1704
8740720      +Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
8740721       PPG Anesthesia, PLLC,    114 Kenilworth Ave,    Staten Island, NY 10312-1394
8740723      +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jan 24 2017 18:23:14
               NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
               Albany, NY 12205-0300
smg          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jan 24 2017 18:22:43
               Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
               U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8806085       EDI: AIS.COM Jan 24 2017 18:18:00      American InfoSource LP as agent for,    Verizon,
               PO Box 248838,    Oklahoma City, OK 73124-8838
8778986       EDI: AIS.COM Jan 24 2017 18:18:00      American InfoSource LP as agent for,    TD Bank, USA,
               PO Box 248866,    Oklahoma City, OK 73124-8866
8740710      +EDI: TSYS2.COM Jan 24 2017 18:13:00      Barclays Bank Delaware,    125 S West St,
               Wilmington, DE 19801-5014
8740711       EDI: CAPITALONE.COM Jan 24 2017 18:13:00      Cap One,    Po Box 85520,    Richmond, VA 23285
8777016       EDI: CAPITALONE.COM Jan 24 2017 18:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC 28272-1083
8817609       EDI: BL-BECKET.COM Jan 24 2017 18:18:00      Capital One NA,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
8740712      +EDI: CITICORP.COM Jan 24 2017 18:13:00      Citicards,    P O Box 6500,
               Sioux Falls, SD 57117-6500
8740713      +EDI: WFNNB.COM Jan 24 2017 18:13:00      Comenity Bank/fashbug,    P O Box 659728,
               San Antomio, TX 78265-9728
8740714      +EDI: WFNNB.COM Jan 24 2017 18:13:00      Comenity Bank/womnwthn,    4590 E Broad St,
               Columbus, OH 43213-1301
8740716      +EDI: PHINAMERI.COM Jan 24 2017 18:13:00      Gm Financial,    Po Box 181145,
               Arlington, TX 76096-1145
8740717      +EDI: CBSKOHLS.COM Jan 24 2017 18:13:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
8820020       E-mail/Text: bankruptcynotice@nymcu.org Jan 24 2017 18:22:47      MUNICIPAL CREDIT UNION,
               MCU-COLLECTIONS/LOSS PREVENTION DEPT.,    22 CORTLANDT ST 24 FL,    NEW YORK, NY 10007-3153
8740718       E-mail/Text: bankruptcynotice@nymcu.org Jan 24 2017 18:22:47      Municipal Credit Union,
               185 Montague St,    Brooklyn, NY 11201
8740722      +EDI: SEARS.COM Jan 24 2017 18:13:00      Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
8740724      +EDI: RMSC.COM Jan 24 2017 18:13:00      Syncb/toysrusdc,    Po Box 965005,
               Orlando, FL 32896-5005
8818432       EDI: RMSC.COM Jan 24 2017 18:13:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
               25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
8740725      +EDI: WTRRNBANK.COM Jan 24 2017 18:13:00      Td Bank Usa/targetcred,    Po Box 673,
               Minneapolis, MN 55440-0673
8740726      +EDI: CITICORP.COM Jan 24 2017 18:13:00      Thd/cbna,    Po Box 6497,
               Sioux Falls, SD 57117-6497
8740727      +EDI: VERIZONCOMB.COM Jan 24 2017 18:13:00      Verizon,    P O Box 15124,    Albany, NY 12212-5124
                                                                                              TOTAL: 21
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8777166*     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
              Kevin B Zazzera    on behalf of Joint Debtor Deborah A Rodriguez kzazz007@yahoo.com
              Kevin B Zazzera    on behalf of Debtor George  Rodriguez kzazz007@yahoo.com
              Lori Lapin Jones    ljones@jonespllc.com,    lljones@ecf.epiqsystems.com
              Michael T Rozea    on behalf of Creditor   Ocwen Loan Servicing, LLC, as servicer for U.S. Bank
               National Association, as Trustee for LEHMAN XS Trust Mortgage Pass-Through Certificates, Series
               2007- 4N mrozea@leopoldassociates.com,   ecf@leopoldassociates.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                            TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **George Rodriguez** | Social Security number or ITIN **xxx–xx–6094** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Deborah A Rodriguez** | Social Security number or ITIN **xxx–xx–8153** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York<br>271–C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201–1800 | | |
| Case number: **1–16–40480–ess** | | Chapter: **7** |

# Order of Discharge of Debtor(s)

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

George Rodriguez                         Deborah A Rodriguez
                                         aka Deborah Amaniera

**BY THE COURT:**

Dated: January 24, 2017                  s/ Elizabeth S. Stong
                                         United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named in the order. This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**