**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **George Rodriguez** | Social Security number or ITIN | **xxx–xx–6094** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | **Deborah A Rodriguez** | Social Security number or ITIN | **xxx–xx–8153** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court   Eastern District of New York
271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

Case number:   **1–16–40480–ess**                         Chapter:   **7**

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

- Lori Lapin Jones (Trustee) is discharged as trustee of the estate of the above–named debtor(s).

- The Chapter 7 case of the above–named debtor(s) is closed.

<u>s/ Elizabeth S. Stong</u>
United States Bankruptcy Judge

Dated: June 8, 2017

**BLfnld7** [Final Decree 7 rev 12/01/15]